IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-0299-N |
| | § | |
| JORGE CASTANEDA, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

This Order addresses the Report and Recommendation of the United States Magistrate Judge [doc. 48]. After conducting a review of the pleadings, files, and records in this case in accordance with 28 U.S.C. § 636(b)(1), together with de novo review of those portions to which objection was made, I am of the opinion that the Report and Recommendation of the Magistrate Judge are correct, and they are hereby adopted as the determinations of the Court. The Court therefore denies Defendant Jorge Castaneda's motion to dismiss [22].

Signed October 15, 2014.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE